CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 8 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LINDA HOLLIDAY, ) | Civil Action No. 7:05CV00114 |
| Plaintiff, ) | |
| v. ) | **MEMORANDUM OPINION AND ORDER** |
| KAREN CHASE, and ) | |
| VIRGINIA EMPLOYMENT ) | |
| COMMISSION ) | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

This matter is before the court on the defendant Virginia Employment Commission's ("VEC") motion to amend the court's Order of June 17, 2005. Upon reconsideration, the court finds that Holliday has not properly served process on the VEC.[1] Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Holliday has twenty (20) days from the date of this Order to effect proper service of process. If she fails to serve process within the given time, the court will grant defendant VEC's motion to dismiss.

ENTER: This 18th day of July, 2005.

UNITED STATES DISTRICT JUDGE

---

[1] The court notes that on July 6, 2005, the plaintiff returned a summons executed upon Ms. Virginia Diamond, as Commissioner of the Virginia Employment Commission. Ms. Diamond is not Commissioner of the Virginia Employment Commission.